JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 564 -- In re Helicopter Crash Off the Coast of Denmark on September 14, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/09/23 | 1 | MOTION/MEMORANDUM w/CERT. OF SVC. -- defendants United Technologies Corporation and Sikorsky Aircraft -- Suggested Transferee District: Northern District of Texas. (jsj) |
| 83/09/28 | | HEARING ORDER -- Setting motion of defendants United Technologies Corporation and Sikorsky Aircraft Division to transfer A-1 and A-2 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |
| 83/10/03 | | APPEARANCES -- Gilbert I. Low for Carol Ann Morrison, et al.; Ronald L. Palmer for United Technologies Corp. (emh) |
| 83/10/03 | 2 | REPLY -- pltfs. Carol Ann Morrison, et al. w/cert. of svc. (ds) |
| 83/10/07 | | APPEARANCE: L.L. McBee, Jr. for Harriette Lester, et al. and Mary M. Creighton, et al. |
| 83/10/11 | 3 | RESPONSE -- Harriette Lester, et al. -- w/cert. of svc. (emh) |
| 83/10/20 | 4 | REPLY -- United Technologies Corp. w/exhibits and cert. of svc. (ds) |
| 83/10/21 | 5 | AFFIDAVITS IN SUPPORT OF MOTION -- signed by counsel for United Technologies Corp. and affidavits of Major D. R. Smith, Richard Gilson, Robert Arnold, and George Shipley w/cert. of svc. (ds) |
| 83/10/28 | | HEARING APPEARANCES -- Joseph D. Cheavens for United Technologies Corp.; L.L. McBee for Creighton and Lester; Gilbert I. Low for Carol Ann Morrison, Diane Louise Huff, Margaret Flo Coke (emh) |
| 83/11/04 | 6 | RESPONSE, AFFIDAVIT, ATTACHMENTS -- Morrison plaintiffs, Coke plaintiffs and Huff plaintiffs -- w/cert. of service (cds) |
| 83/11/07 | 7 | LETTER SUPPLEMENTING ORAL ARGUMENT -- United Tecnologies Corp. Sikorsky Aircraft, Division -- w/service (cds) |
| 83/11/10 | | ORDER DENYING TRANSFER OF LITIGATION (A-1 & A-2) pursuant to 28 U.S.C. §1407. Notified PASL, clks. & jdges. (emh) |
| 83/11/14 | 8 | LETTER -- Creighton and Lester Plaintiffs -- asking for consolidation in the Eastern District of Texas. (jsj) |

JPML Form 1
Revised: 8/78

DOCKET NO. 564 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HELICOPTER CRASH OFF THE COAST OF DENMARK ON SEPTEMBER 14, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 1, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/10/83 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 11/10/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 564 -- In re Helicopter Crash Off the Coast of Denmark on September 14, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hariette Lester, et al. v. United Technologies Corporation, et al. | N.D.Tex. Porter | CA3-83-1141-F | | | | |
| A-2 | Carol Ann Morrison, et al. v. United Technologies Corporation, et al. | E.D.Tex. Fisher | B-83-450-CA* | | | | |

*Intervening plaintiffs: Margaret Flo Coke, Diane Louise Huff, Harriette Lester.

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 564 -- In re Helicopter Crash off the Coast of Denmark on September 14, 1980

| | |
|---|---|
| HARIETTE LESTER, ET AL. (A-1)<br>L.L. McBee, Jr., Esq.<br>1000 University Tower<br>6440 North Central Expressway<br>Dallas, Texas  75206<br><br>CAROL ANN MORRISON, ET AL. (A-2)<br>Gilbert I. Low, Esq.<br>Orgain, Bell & Tucker<br>470 Orleans Street<br>Beaumont, Texas  77701 | UNITED TECHNOLOGIES CORPORATION<br>SIKORSKY AIRCRAFT, DIVISION<br>Ronald L. Palmer, Esq.<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 564 -- In re Helicopter Crash Off the Coast of Denmark on September 14, 1980

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | United Technologies Corporation | A-1,2 |
| | Sikorsky Aircraft, Division | A-1,2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |