Case MDL No. 564   Document 2   Filed 06/02/15   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 10 1983

PATRICIA D. H_____
CLERK OF THE PANEL

DOCKET NO. 564

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER CRASH OFF THE COAST OF DENMARK ON SEPTEMBER 14, 1980

ORDER DENYING TRANSFER*

    Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by United Technologies Corporation, Sikorsky Aircraft Division, defendant in the two actions listed on the attached Schedule A, for transfer of the action pending in the Eastern District of Texas to the Northern District of Texas for coordinated or consolidated pretrial proceedings with the action pending there. All plaintiffs oppose transfer to the Northern District of Texas or, in the alternative, assert that if transfer is warranted, then the actions should be centralized in the Eastern District of Texas.

    On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that only two actions in adjacent districts are involved here, and suitable alternatives to Section 1407 transfer exist.

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.

SCHEDULE A

MDL-564 -- IN RE HELICOPTER CRASH OFF THE COAST OF DENMARK ON SEPTEMBER 14, 1980

Northern District of Texas

Harriette Lester, et al. v. United Technologies Cororation, Sikorsky Aircraft Division, C.A. No. CA3-83-1141-F

Eastern District of Texas

Carol Ann Morrison, et al. v. United Technologies Corporation, Sikorsky Aircraft Division, C.A. No. B-83-450-CA